IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLAS YINGLING, Derivatively on Behalf of Nominal Defendant REDWIRE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER CANNITO, LES DANIELS, REGGIE BROTHERS, JOANNE ISHAM, KIRK KONERT, JONATHAN E. BALIFF, and JOHN S. BOLTON,<br><br>  Defendants,<br><br>and<br><br>REDWIRE CORPORATION,<br><br>  Nominal Defendant. | Case No. 22-684-MN |

**STIPULATION AND ORDER**
**TRANSFERRING ACTION PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, plaintiff Nicholas Yingling ("Plaintiff") filed the above-captioned stockholder derivative action (the "Action") on behalf of nominal defendant Redwire Corporation ("Redwire" or the "Company"), a Delaware corporation, in this Court on May 25, 2022;

WHEREAS, there is a related securities class action captioned *Lemen v. Redwire Corp. et al.*, Case No. 3:21- cv-01254-TJC-PDB currently pending in the United States District Court for the Middle District of Florida before the Honorable Timothy J. Corrigan ("Related Securities Class Action") that arises from substantially the same facts as alleged in the Action;

WHEREAS, Redwire maintains its corporate headquarters in Jacksonville, Florida, in the Middle District of Florida, and a majority of the witnesses and evidence in the Action and the Related Securities Class Action are located in the Middle District of Florida;

WHEREAS, counsel for Plaintiff and defendants in the Action ("Defendants," together with Plaintiff and nominal defendant Redwire, the "Parties") have conferred in good faith and agree that judicial and party resources will be conserved and judicial economy will be achieved by transferring this Action to the Middle District of Florida to proceed before the Honorable Timothy J. Corrigan who is presiding over the related Securities Class Action;

WHEREAS, the Parties agree that deadlines in this Action, including any deadline for defendants to respond to the amended complaint in this Action, should be vacated;

WHEREAS, within thirty (30) days of an Order transferring this Action to the Middle District of Florida, the Parties will meet and confer regarding further proceedings; and

WHEREAS, this stipulation does not constitute a waiver by any Defendant of any defense or argument, with the sole exception of arguments that the Middle District of Florida is an improper venue.

IT IS HEREBY STIPULATED AND AGREED by the Parties in the Action, by and between their undersigned counsel, as follows:

1. The Parties consent to transfer the Action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404(a);

2. The deadlines in this Action are vacated, including any deadline for Defendants to respond to the amended complaint; and

3. Within thirty (30) days of an Order transferring this Action to the Middle District of Florida, the Parties will meet and confer regarding further proceedings.

Dated: November 7, 2024

| | |
|---|---|
| **MCCARTER & ENGLISH LLP** | **RIGRODSKY LAW, P.A.** |
| */s/ Daniel M. Silver* | */s/ Seth D. Rigrodsky* |
| Daniel M. Silver (No. 4758) | Seth D. Rigrodsky (#3147) |
| Shannon D. Humiston (#5740) | Gina M. Serra (#5387) |
| Renaissance Centre | Herbert W. Mondros (#3308) |
| 405 N. King Street, 8th Floor | 1007 N. Orange Street, Suite 453 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | Telephone: (302) 295-5310 |
| dsilver@mccarter.com | Facsimile: (302) 654-7530 |
| shumiston@mccarter.com | Email: sdr@rl-legal.com |
| | gms@rl-legal.com |
| *Counsel for Defendants* | hwm@rl-legal.com |
| | |
| OF COUNSEL: | *Counsel for Plaintiff Nicholas Yingling* |
| | |
| Bud Bennington | |
| **SHUTTS & BOWEN LLP** | |
| 300 South Orange Avenue, Suite 1600 | |
| Orlando, FL 32801 | |
| Telephone: (407) 835-6755 | |
| BBennington@shutts.com | |

SO ORDERED this 14th day of November 2024.

_____
The Honorable Maryellen Noreika
United States District Judge